**Order entered June 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00006-CR
No. 05-15-00007-CR
No. 05-15-00008-CR
No. 05-15-00009-CR

**GARY WAYNE BARNES SR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F80-16530-J; F81-01027-J; F81-01105-J; F81-02518-J**

## ORDER

We **GRANT** Official Court Reporter Kimberly Xavier's June 23, 2015 request for an extension of time to file the reporter's record. The reporter's record shall be due **FIFTEEN DAYS** from the date of this order.

/s/     LANA MYERS
        JUSTICE